**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                       CASE NO. 6:96-CR-138-ORL-19JGG

JEFFREY BOSTON

_____

**ORDER**

This case was considered by the Court on Petition on Probation and Supervised Release (Doc. No. 151, filed January 5, 2006), Report and Recommendation of the United States Magistrate Judge (Doc. No. 161, filed February 7, 2006), Notice of Mitigating Factors by Defendant Jeffrey Boston (Doc. No. 163, filed February 22, 2006) and Order to Show Cause at Final Revocation Hearing (Doc. No. 162, filed February 9, 2006) at a hearing held February 23, 2006 attended by Defendant, counsel for Defendant and counsel for the Government.  Upon hearing the matters presented, it is **ORDERED**:

1.	The Report and Recommendation of the United States Magistrate Judge (Doc. No. 161) is **ADOPTED AND APPROVED**, there being no objection filed.

2.	The Petition on Probation and Supervised Release (Doc. No. 151) is **GRANTED**, and the Defendant's supervised release (Doc. No. 111, filed March 3, 1997) is **REVOKED**.

3.	Defendant shall be committed to the custody of the United States Bureau of Prisons to be incarcerated for a term of **7 months**.  The Defendant shall be immediately **REMANDED** to the custody of the United States Marshal to await designation of a facility for service of this sentence.

4.	Upon service of the sentence herein, Defendant shall serve **2 years** of supervised release under the supervision of the U.S. Probation Office.

5.	In all other respects the Judgment in a Criminal Case (Doc. No. 111) remains in full force and effect.

6.	The Court has considered the factors enumerated in 18 United States Code Section 3553

including applicable advisory guidelines and policy statements issued by the U.S. Sentencing

Commission in imposing this sentence.

      7.      Defendant has been advised of his right to appeal.

DONE AND ORDERED at Orlando, Florida, this _23rd___ day of February, 2006.

```
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT
```

Copies to:
Assistant Untied States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant, through his counsel