**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                            CASE NO. 6:96-CR-138-ORL-19JGG

JEFFREY BOSTON

_____

**ORDER**

This case was  considered by the Court on Petition on Probation and Supervised Release

(Doc. No. 169, filed October 31, 2006), Report and Recommendation of the United States

Magistrate Judge (Doc. No. 180, filed December 15, 2006), and Order to Show Cause at Final

Revocation Hearing (Doc. No. 181, filed December 22, 2006) at a hearing held January 16, 2007

attended by Defendant, counsel for Defendant and counsel for the Government.  Upon hearing

the matters presented, it is **ORDERED**:

1.      The Report and Recommendation of the United States Magistrate Judge

(Doc. No. 180) is **ADOPTED AND APPROVED**, there being no objection filed.

2.      The Petition on Probation and Supervised Release (Doc. No. 169) is **GRANTED**,

and the Defendant's supervised release (Doc. No. 166, filed February 23, 2006) is **REVOKED**.

3.      Defendant shall be committed to the custody of the United States Bureau of

Prisons to be incarcerated for a term of **11 months**.  The Defendant shall be immediately

**REMANDED** to the custody of the United States Marshal to await designation of a facility for

service of this sentence. It is recommended but not required that the Defendant be afforded

treatment for drug addiction.

4.      The Court has considered the factors enumerated in 18 United States Code

Section 3553 including applicable advisory guidelines and policy statements issued by the U.S.

Sentencing Commission in imposing this sentence.

    5.      In all other respects the Judgment in a Criminal Case (Doc. No. 111, filed March

3, 1997 as amended by Doc. No. 166, filed February 23, 2006) remains in full force and effect.

    6.      Upon service of the sentence herein, Defendant shall be discharged from further

jurisdiction of this Court in this case.

    7.      Defendant has been advised of his right to appeal.

    DONE AND ORDERED at Orlando, Florida, this _16th___ day of January, 2007.


                                        PATRICIA C. FAWSETT, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT



Copies to:
Assistant Untied States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant, through his counsel